

United States Department of Justice

*United States Attorney*
*Northern District of New York*

| | |
|---|---|
| *100 South Clinton Street, P.O. Box 7198* | *Tel.: (315) 448-0672* |
| *James M. Hanley Federal Building* | *Fax: (315) 448-0658* |
| *Syracuse, New York 13261-7198* | |

November 8, 2022

Hon. Thérèse Wiley Dancks
U.S. Magistrate Judge
P.O. Box 7346
Syracuse, NY
13261-7346

  Re: Case No. 5:22-MJ-00672
    Search Warrant

Dear Judge Dancks:

  The purpose of this letter is to advise the Court that there is a typographical error on page one of the affidavit for the search warrant. The first page of the affidavit states "filed under seal" next to the heading, however, the case does not need to be sealed. Please use this letter as confirmation that this search warrant and the case do not need to be sealed.

        Respectfully,

        CARLA B. FREEDMAN
        United States Attorney

  By: */s/ Adrian LaRochelle*
     Adrian LaRochelle
     Assistant United States Attorney
     Bar Roll No. 701266